U.S. Bankruptcy Court
Middle District of Pennsylvania (Wilkes-Barre)

| | |
|---|---|
| Patrick L. Good<br>aka Patrick Lawrence Good<br>Linda C. Good<br>   Debtors<br><br>ESSA Bank & Trust,<br>   Movant<br><br>Patrick L. Good<br>aka Patrick Lawrence Good,<br>Linda C. Good<br>Jack N Zaharopoulos, Chapter 13 Trustee<br>   Respondents | Case No. 5:23-bk-02274-MJC<br><br>Chapter 13 |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of ESSA Bank & Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

**NEWMAN WILLIAMS, PC**
Attorneys for ESSA Bank & Trust
712 Monroe Street
Stroudsburg, Pennsylvania 18360
rkidwell@newmanwilliams.com

  PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

  PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an

election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: October 13, 2023

By: /s/ Robert J. Kidwell
Robert J. Kidwell, Esquire
NEWMAN WILLIAMS, P.C.
Attorneys for Movant
712 Monroe Street
Stroudsburg
T: (570) 421-9090
F: (570) 424-9739
rkidwell@newmanwilliams.com

U.S. Bankruptcy Court
Middle District of Pennsylvania (Wilkes-Barre)

| | |
|---|---|
| Patrick L. Good<br>aka Patrick Lawrence Good<br>Linda C. Good<br>   Debtors<br><br>ESSA Bank & Trust,<br>   Movant<br><br>Patrick L. Good<br>aka Patrick Lawrence Good,<br>Linda C. Good<br>Jack N Zaharopoulos, Chapter 13 Trustee<br>   Respondents | Case No. 5:23-bk-02274-MJC<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE

  The undersigned counsel for ESSA Bank & Trust ("Secured Creditor") certifies that, on the date stated hereon, I caused to be served a copy of the Notice of Appearance filed on behalf of Secured Creditor on the parties in the manner specified on the attached service list. The type(s) of service made on the parties was: electronic notification or first-class mail, postage pre-paid. Where service is by electronic notification, the address of the party is listed for identification purposes only.

Dated: October 13, 2023

By: /s/ Robert J. Kidwell<br>
Robert J. Kidwell, Esquire<br>
NEWMAN WILLIAMS, P.C.<br>
Attorneys for Movant<br>
712 Monroe Street<br>
Stroudsburg<br>
T: (570) 421-9090<br>
F: (570) 424-9739<br>
rkidwell@newmanwilliams.com

# SERVICE LIST

Patrick L. Good
Linda C. Good
114 Sunset Drive
Hanover Township, PA 18706
*Debtors*

Lisa M. Doran
Doran & Doran, P.C.
69 Public Square, Suite 700
Wilkes-Barre, PA 18701
*Debtor's Attorney*

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*Trustee*

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102